# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

MORGAN MURRAY, individually and on behalf of all others similarly situated;

    Plaintiff,

        v.                                       CASE NO.: 4:18-cv-425

WEBCOLLEX, LLC dba CKS FINANCIAL, CUZCO CAPITAL INVESTMENT MANAGEMENT LLC and JOHN DOES 1-25,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the parties' Joint Stipulation of Dismissal (Dkt. #12) filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) along with a proposed order. Accordingly, all claims and causes of action against Defendants are DISMISSED with prejudice. Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

**SIGNED this the 14th day of March, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE